**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1165**

JAMES ALLEN BOYLES,

                                    Plaintiff - Appellant,

        versus

SCOTT LITTLE,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CA-04-91-5)

Submitted:  May 12, 2005              Decided:  May 17, 2005

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Allen Boyles, Appellant Pro Se.  James C. Wright, Melanie
Morgan Norris, STEPTOE & JOHNSON, P.L.L.C., Wheeling, West
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Allen Boyles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Boyles' motions to appoint counsel and for preparation of a transcript at government expense, and we affirm for the reasons stated by the district court. <u>See</u> <u>Boyles v. Little</u>, No. CA-04-91-5 (N.D.W. Va. Jan. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>